Argued May 29, affirmed May 29, petition for rehearing denied
June 21, petition for review denied September 5, 1973

STATE OF OREGON, *Respondent, v.* NORMAN CLYDE BUTLER (No. 41812), *Appellant.*

510 P2d 360

*John K. Hoover,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.